UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20523-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LUIZ CARLOS FRANCISCO**,

    Defendant,

**AMERICAN SURETY COMPANY**,

    Corporate Surety, and

**MAUNIVIA FRANCISCO**,
**JOSEPH FRANCISCO**,
**ELISANGELA FRANCISCO** and
**MARCEL FRANCISCO**,

    Individual Sureties.
_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BOND

THIS CAUSE is before the Court on the Government's Motion for Revocation and Estreature and for Entry of Final Judgment of Forfeiture of Appearance Bond [ECF No. 39] as to Defendant, Luiz Carlos Francisco, and as to the corporate surety American Surety Company and individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco.  The United States seeks to forfeit the appearance bond posted with in the sum of a $50,000 corporate surety bond, a $50,000 ten percent bond and a $250,000 personal surety bond. The Court having noted the previous revocation and estreature of the bonds, and having found no basis for exonerating or remitting the bond, it is

**ORDERED AND ADJUDGED** that Plaintiff, United States of America, have judgment

against Defendant Luiz Carlos Francisco and corporate surety American Surety Company in the sum of $50,000, as to the corporate surety bond; against Defendant Luiz Carlos Francisco and individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco in the sum of $50,000 as to the 10% bond; and against Defendant Luiz Carlos Francisco and individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco in the sum of $250,000 as to the personal surety bond, plus accrued interest, if any, from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bond shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid bond, is forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Miami, Florida, this 14th day of January 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

American Surety Company
P.O. Box 68932
Indianapolis, Indiana 46268

CASE NO. 13-20523-CR-ALTONAGA

A-1 Magic Bail Bonds
7025 NW 41st Street
Miami, Florida 33166

Maunivia Francisco
7118 Bonita Drive, Apt. 501
Miami Beach, Florida 33141

Joseph Francisco
6770 Indian Creek Drive
Miami Beach, Florida 33141

Elisangela Francisco
6770 Indian Creek Drive
Miami Beach, Florida 33141

Marcel Francisco
8425 SW 156th Court
Miami, Florida 33193