**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20523-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**LUIZ CARLOS FRANCISCO**,

Defendant,

**AMERICAN SURETY COMPANY**,

Corporate Surety, and

**MAUNIVIA FRANCISCO**,
**JOSEPH FRANCISCO**,
**ELISANGELA FRANCISCO** and
**MARCEL FRANCISCO**,

Individual Sureties.
_______________________________/

**ORDER REVOKING SURETY AND ESTREATING APPEARANCE BONDS**

**THIS MATTER** came before the court on the Government's Motion for Revocation and Estreature and for Entry of Final Judgment of Forfeiture of Appearance Bond [ECF No. 39] against Defendant Luiz Carlos Francisco and as to individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco. The United States seeks to forfeit the appearance bonds posted with this Court in the sums of $50,000 (corporate surety bond as to American Surety Company), $5,000 (ten percent collateral for a $50,000 bond as to individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco) and $250,000 (personal surety bond as to individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco). Being fully advised, it is

**ORDERED AND ADJUDGED** that the appearance bonds of Defendant Luiz Carlos Francisco in the sums of $50,000 (corporate surety bond as to American Surety Company),

$5,000 (ten percent collateral for a $50,000 bond as to individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco) and $250,000 (personal surety bond as to individual sureties Maunivia Francisco, Joseph Francisco, Elisangela Francisco and Marcel Francisco) are hereby revoked and estreated.

**DONE AND ORDERED** in chambers in Miami, Florida, this 14th day of January, 2014.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

American Surety Company
P.O. Box 68932
Indianapolis, Indiana 46268

A-1 Magic Bail Bonds
7025 NW 41st Street
Miami, Florida 33166

Maunivia Francisco
7118 Bonita Drive, Apt. 501
Miami Beach, Florida 33141

Joseph Francisco
6770 Indian Creek Drive
Miami Beach, Florida 33141

Elisangela Francisco
6770 Indian Creek Drive
Miami Beach, Florida 33141

Marcel Francisco
8425 SW 156th Court
Miami, Florida 33193